ORDERED UNSEALED on **05/22/2024** **s/ Alexandra**

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DIEGO ORTEGA,

Defendant.

Case No.: '24 MJ1344 VET

COMPLAINT FOR VIOLATION OF:

Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm

The undersigned complainant being duly sworn states:

COUNT ONE

On or about October 20, 2023, within the Southern District of California, defendant DIEGO ORTEGA, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded 9mm Glock handgun bearing serial number BNXS060; in violation of Title 18, United States Code, Section 922(g)(1).

AUSTIN SAILOR
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 4th day of April 2024.

HON. VALERIE E. TORRES
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On October 20, 2023, at approximately 1:18 a.m., Oceanside Police Department Officeres responded to a radio call to investigate a possible catalytic converter theft in porgress near 400 Parkside Drive in Oceanside, California, which is within the Southern District of California. 400 Parkside Drive is within the vicinity of Fireside Park—a high crime area known particulary for drug crimes and criminal gang activity. The reporting party advised police that there was a truck parked in the middle of the street and an individual underneath a car parked on the side of the road. Further, the reporting party stated the individual underneath the car was holding a metal object similar to a crowbar.

Upon arriving to that area, Officers observed a white Toyota Tundra truck with its motor running but parked in the middle of the street in violation of Cal. Veh. Code §22500. As Officers walked toward the truck, they observed a male with the initials J.K. standing near the truck. J.K. quickly walked towards Fireside Park upon police arriving. Diego ORTEGA remained in the driver's seat of the vehicle and was contacted by police.

As the Officers explained the nature of the radio call to ORTEGA he hecame visibly nervous. While speaking with ORTEGA, Officers observed the handle of a small wooden bat in a duffel bag within ORTEGA's reach. Officers explained to ORTEGA that possessing the bat in the passenger compartment of the truck was a violation of Cal. P.C. §22210. ORTEGA repeatedly challenged the Officer's authority and refused to comply with a pat down for weapons on the vehicle and his person. Instead, ORTEGA requested a Sergeant's presence. A Sergeant arrived on scene and further explained to ORTEGA the basis for the weapons pat down.

After speaking with the Sergeant, ORTEGA exited the truck. A pat down of ORTEGA revealed a loaded Glock 9mm firearm bearing serial number BNXS060 in ORTEGA's waistband. The Glock was loaded with approximately 10 rounds within a 17-round capacity ammunition magazine was inserted into the fiream.

A further search of the truck revealed multiple bags of suspected controlled substances found within a larger gray duffle bag that was next to ORTEGA's right leg when

Officers contacted ORTEGA in the truck. Specifically, the duffle bag contained approximately 11 suspected Xanax pills and approximately 34.49 grams of a lavender crystalline substance of suspected heroin.

Records checks on ORTEGA revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 10/21/2004 | CASC – Vista | Cal P.C. § 12020(A)(1) – Manufacture/Possess Dangerous Weapon (felony) | 180 Days Jail; 3 Years Probation |
| 6/29/2015 | CASC – Vista | Cal P.C. § 29800(A)(1) – Felon in Possession of Firearm | 16 Months Jail |
| 6/11/2019 | CASC – Vista | Cal P.C. § 4573.6 — Possess Controlled Substance in Prison | 3 Years Jail |

The firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.